UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
JAN 24 2025
At Pikeville
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INFORMATION NO. 7:25-CR-1-REW
                                      18 U.S.C. §§ 241, 242

TERRY L. MELVIN

* * * * *

**THE UNITED STATES ATTORNEY CHARGES:**

General Allegations

At all times relevant to this Information:

1. United States Penitentiary, Big Sandy ("USP Big Sandy"), located in Inez, Kentucky, was a prison operated by the Federal Bureau of Prisons ("BOP"). Located on the facility's grounds were the lieutenants' office and the special housing unit ("SHU). The prison did not have security cameras in the lieutenants' office.

2. **TERRY L. MELVIN** was employed by the BOP and held the rank of Lieutenant at USP Big Sandy.

COUNT 1
18 U.S.C. § 241

From in or about early 2021, through in or about March 2022, both dates being approximate and inclusive, in Martin County, in the Eastern District of Kentucky, the defendant,

TERRY L. MELVIN,

conspired with members of the leadership of USP Big Sandy, known and unknown to the United States Attorney, and other lieutenants and senior staff members at USP Big Sandy, known and unknown to the United States Attorney, to injure, oppress, threaten, and intimidate inmates in the free exercise and enjoyment of the right, secured by the Constitution and laws of the United States, to be free from cruel and unusual punishment. Specifically, the defendant knowingly and voluntarily participated in a scheme to falsely allege that inmates who had requested protective custody had assaulted staff, to use unlawful force on such inmates, and to facilitate the continued operation of the scheme by covering up these abuses by ensuring that reports written about the circumstances regarding the unlawful uses of force were false.

All in violation of 18 U.S.C. § 241.

### COUNT 2
### 18 U.S.C. § 242

On or about April 13, 2021, in Martin County, in the Eastern District of Kentucky, the defendant,

**TERRY L. MELVIN,**

while acting under color of law as a lieutenant at USP Big Sandy, and while aiding and abetting others known to the United States Attorney, willfully deprived inmate J.B. of the right, protected and secured by the Constitution and laws of the United States, to be free from cruel and unusual punishment. Specifically, the Defendant assaulted J.B., who had requested protective custody, in the lieutenants' office of USP Big Sandy. This offense resulted in bodily injury to J.B.

All in violation of 18 U.S.C. §§ 242 and 2.

DATED: December _10_, 2024, at Lexington, Kentucky.

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**Count 1:** Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release.

**Count 2:** Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.